**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| GLENDA BELCHER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:22-CV-305 |
| | § | |
| GREAT LAKES INSURANCE SE & | § | |
| JIMMY ROMERO, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Glenda Belcher ("Plaintiff") brought this lawsuit against Defendants Great Lakes Insurance SE and Jimmy Romero in connection with windstorm damage to Plaintiff's home from Hurricane Laura. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. On October 19, 2022, the magistrate judge entered a Report and Recommendation (#15) in which she recommended denying Plaintiff's Motion to Remand.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. To date, the parties have not filed objections to the report.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report and Recommendation of the United States Magistrate Judge (#15) is **ADOPTED**.

SIGNED at Beaumont, Texas, this 3rd day of November, 2022.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE